1   MELINDA HAAG (CABN 132612)
United States Attorney

2

3   J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4   JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7       Telephone: (415) 436-7200
john.hemann@usdoj.gov

8   Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                 NORTHERN DISTRICT OF CALIFORNIA

11

                    SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )   Case No. CR 13-0231 JSW
                                       )
14          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   CONTINUING SENTENCING STATUS
15      v.                             )   CONFERENCE
                                       )   AS MODIFIED
16  JASON STERLINO,                    )
                                       )
17          Defendant.                 )
    _____)

18

19      The parties stipulate and agree as follows:

20      1.  The parties are scheduled to appear before the Court on September 9, 2014, for a status

21  regarding sentencing.  Defendant Sterlino pleaded guilty on May 16, 2013 to one count of violating 18

22  U.S.C. § 215(a)(1) and is awaiting sentencing.

23      2.  Defendant pleaded guilty pursuant to a cooperation agreement.  The parties anticipate that

24  defendant will testify as a witness in the case of United States v. Ayman Shahid, CR 14-0271 YGR.

25  That case is scheduled for jury selection on March 6, 2015, before Judge Gonzales-Rogers in Oakland.

26      3.  Because defendant's cooperation is not yet complete and there is a trial date in the Shahid

27  case, the parties respectfully suggest that the Court continue the sentencing status for defendant until

28  May 12, 2015, at 1:00 pm.

STIPULATION AND [PROPOSED] ORDER**[AUSA NAME]**
CR 13-0231 JSW

1    SO STIPULATED AND AGREED,

2                                          MELINDA HAAG
                                           United States Attorney
3
                                           /s/
4
     Dated: September 8, 2014
5                                          _____
                                           JOHN H. HEMANN
6                                          Assistant United States Attorney

7
                                           /s/
8
     Dated: September 8, 2014
9                                          _____
                                           ALAN BAUM
10                                         Attorney for Defendant Sterlino

11                                     ORDER

12        Pursuant to stipulation, IT IS SO ORDERED.  If Defendant's cooperation is complete before May 12,

13                                         2015, the parties shall submit a stipulation to advance the

                                           sentencing hearing.
14   Dated: September 8, 2014      _____
                                           JEFFREY S. WHITE
15                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28